**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES, | No. CR 92-00126 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 209] |
| MICHAEL P. HOLLINS, | |
| Defendant. | |

Before the Court is defendant's Rule 35 Motion, Section (B) Reduce, Vacate, or Set Aside (the "Motion") [Docket No. 209]. Defendant is in custody and seeks release from the United States Bureau of Prisons allegedly to assist federal and local law enforcement officials as a confidential informant. Defendant seeks release under Federal Rule of Criminal Procedure 35(b). This subdivision only provides for a reduction in sentence on motion *made by the government*, after sentencing, requesting such a reduction, for substantial assistance provided by a defendant to the government, post-sentencing. Fed. R. Crim. P. 35(b)(1)-(2). The government has not made such a motion, nor is it clear defendant has of yet provided any assistance to any law enforcement officials. The Court thus DENIES the Motion without prejudice.

IT IS SO ORDERED.

October 20, 2008

                                                  Saundra Brown Armstrong
                                                United States District Judge

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 6 | USA, | Case Number: CR92-00126 SBA |
| 7 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 8 | v. | |
| 9 | HOLLINS, | |
| 10 | Defendant.                                  / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Michael P. Hollins** (1)
86871-011
United States Penitentiary
P.O. Box 5500
Adelanto, CA 92301

Dated: October 20, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk