**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES, | No. CR 92-00126 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 218] |
| MICHAEL P. HOLLINS, | |
| Defendant. | |

Before the Court is defendant's Motion to Be Allowed Leave to Participate as Confidential Informant [Docket No. 218]. Defendant is in custody and seeks release from the United States Bureau of Prisons allegedly to assist federal and local law enforcement officials as a confidential informant. The Court previously denied this same request made under Federal Rule of Criminal Procedure 35(b), as the government had not filed a motion under this rule for defendant's early release based on his substantial assistance to the government. *See* Docket No. 217. Defendant has filed the same motion, but this time has provided no legal authority for the Court to order his early release.

The Court notes that 18 U.S.C. § 3582(c)(1) provides that, inter alia, a Court may modify a prison sentence post-imposition for "extraordinary and compelling reasons," *id.* § 3582(c)(1)(A)(i), or as expressly provided by statute or Rule 35, *id.* § 3582(c)(1)(B). Defendant, however, has not provided any analysis regarding why his request fits under either of these categories. The Court DENIES the motion without prejudice.

IT IS SO ORDERED.

December 8, 2008

_____
Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | Case Number: CR92-00126 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| HOLLINS, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Michael P. Hollins**
86871-011
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

Dated: December 8, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk