UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>MICHAEL P. HOLLINS,<br><br>            Defendant. | Case No: CR 92-0126-1 SBA<br><br>**ORDER** |

The Court has received the following pro se motions from Defendant Michael P. Hollins ("Defendant's Motions") regarding the pending supervised release violation proceedings in this matter: (1) a "Motion Requesting Receipt of the 123 Days Street Time Credit" filed on October 8, 2010, in which Defendant appears to ask for credit for time served (Dkt. 259); (2) a "Motion Regarding the Use of Mechanical Restraints" filed on October 8, 2010, in which Defendant appears to ask that he be detained without restraints while appearing in court (Dkt. 260); (3) a "Motion Requesting that Discovery and Related Materials Pertinent to the Case be Afforded" filed on October 8, 2010, in which Defendant appears to move for an order directing the government to provide him with discovery materials related to this matter (Dkt. 261); and (4) a "Motion to Waive Time as a Result of Existing State Case and Pending Charge" filed on October 18, 2010, in which Defendant seeks a continuance of this matter (Dkt. 265).

However, Defendant has not provided any legal authority in support of his motions. In addition, Defendant has since been appointed counsel. Therefore, to the extent that Defendant's motions are still valid, they are more appropriately submitted through his counsel, who can provide legal authority and related arguments in support of his requests. Accordingly,

IT IS HEREBY ORDERED THAT Defendant's Motions are DENIED without prejudice.  This order terminates Dockets 259, 260, 261, and 265.

IT IS SO ORDERED.

Dated: January 19, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge