UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL P. HOLLINS,<br><br>Defendant. | Case No: CR 92-0126-1 SBA<br><br>**ORDER** |

The Court has received the following pro se motions from Defendant Michael P. Hollins ("Defendant's Motions") regarding the pending supervised release violation proceedings in this matter: (1) a "Motion Requesting to Obtain Case File for Revocation Proceedings" filed on January 18, 2011, in which Defendant appears to move for an order directing the government to provide him with discovery materials related to this matter (Dkt. 287); and (2) a "Motion Requesting Supervised Release Time and Jail Time Be Appropriately Afforded Consistent with Laws which Govern Such Application of Time" filed on January 18, 2011, in which Defendant appears to ask for credit for time served (Dkt. 289).

Defendant is represented by counsel. Therefore, to the extent that Defendant's motions are still valid, they are more appropriately submitted through his counsel, who can provide legal authority and related arguments in support of his requests. Accordingly,

IT IS HEREBY ORDERED THAT Defendant's Motions are DENIED without prejudice. This order terminates Dockets 287 and 289.

IT IS SO ORDERED.

Dated: January 25, 2011

SAUNDRA BROWN ARMSTRONG
United States District Judge