BRENDAN CONROY CSB 114726
Attorney at Law
255 Kansas St. Ste. 340
San Francisco, CA 94103
415-565-9600

Attorney for Defendant
HOLLINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-92-0126 SBA |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| MICHAEL HOLLINS, | |
| Defendant. | |
| _____/ | |

Defendant MICHAEL HOLLINS and the United States hereby stipulate that the hearing on the Petition alleging a Supervised Release Violation, now scheduled for March 3, 2011 at 10:00 a.m., may be continued to May 5, 2011 at 10:00 a.m.

The reason for the continuance is that counsel for defendant HOLLINS is currently in trial in San Francisco Superior Court in *People v. Nelson Barrera* through March 18, 2011.

Date_____

__/s/_____
BRENDAN CONROY
Attorney for Defendant

__/s/_____
WADE M. RHYNE
Assistant United States Attorney

1

1   GOOD CAUSE APPEARING, the hearing in this matter is continued from March 3, 2011 at
2   10:00 a.m to May 5, 2011 at 10:00 a.m..
3   Date_2/28/11

*Saundra B Armstrong*
UNITED STATES DISTRICT COURT